In the Matter of the Claim of MRS. EDGAR DU CENNOIS, Respondent, against DAISY DAIRY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ., concur.